■ CLARICE C. SHEFFER, Appellant, v. JOEL B. COFFIN, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. If the relative capacity of the two parties to support the child now differs substantially from the record previously considered on appeal, the Children's Court has a continuing jurisdiction to consider it. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 2 A D 2d 950.]

■ In the Matter of the Claim of COLINA YAW, on Behalf of Herself and Minor Children, et al., Respondents, against DON DIVENCENZO et al., Appellants, and JOSEPH DIEJOIA, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

## FOURTH DEPARTMENT, MARCH, 1957

## (March 6, 1957)

■ ALFONSO FASOLINO et al., Individually and as Copartners Doing Business under the Name of GLOBE WELDING COMPANY, Appellants, ·v. TRAVELERS INDEMNITY COMPANY, Respondent.— Judgment modified on the law and facts by deleting therefrom that portion which dismisses the complaint upon the merits on the ground that the dismissal of the complaint is inconsistent with the declaration of rights, and as so modified judgment affirmed, with costs to the respondent. All concur. (Appeal from a judgment of Erie Trial Term dismissing plaintiffs' complaint in an action for a declaratory judgment to determine plaintiffs' right to protection under the liability insurance policy from damages resulting from an explosion while their employees were engaged in welding operations on machinery.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.